COMMONWEALTH of Pennsylvania, Respondent

v.

Justin Asaad COOKE, Petitioner

No. 613 MAL 2017

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

AND NOW, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Bryan Anthony VENI, Petitioner

No. 566 MAL 2017

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

AND NOW, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Brad Allen MOYER, Petitioner

No. 520 MAL 2017

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

AND NOW, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**